# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CASTRODALE and RONALD SYKES, Derivatively on Behalf of LANNETT COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ARTHUR P. BEDROSIAN, *et al.*, <br><br> Defendants, <br><br> -and- <br><br> LANNETT COMPANY, INC., <br><br> Nominal Defendant. | Case No.: 19-1746-RGA |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 12(b)(6), OR, IN THE ALTERNATIVE, TO STAY THE ACTION

Pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6), Defendants Arthur P. Bedrosian, Timothy C. Crew, Martin P. Galvan, John Kozlowski, Jeffrey Farber, Patrick G. LePore, James M. Maher, and Albert Paonessa, III (together, the "Individual Defendants") and Nominal Defendant Lannett Company, Inc. ("Lannett" or the "Company") (together with the Individual Defendants, "Defendants") hereby move to dismiss the claims asserted against them in Plaintiffs' Verified Shareholder Derivative Complaint, or, in the alternative, stay the action pending other related actions. The grounds supporting the Motion are set forth in the accompanying Opening Brief, and will be supplemented, as appropriate, in a reply brief or briefs.

| | |
|---|---|
| *Of Counsel*: | FOX ROTHSCHILD LLP |
| | /s/ *Carl D. Neff* |
| KIRKLAND & ELLIS LLP | Carl D. Neff (Bar No. 4895) |
| Jay Lefkowitz (admitted *pro hac vice*) | Kasey H. DeSantis (No. 5882) |
| Matthew Solum (admitted *pro hac vice*) | 919 N. Market Street, Suite 300 |
| Terence Leong (admitted *pro hac vice*) | Wilmington, Delaware 19899-2323 |
| 601 Lexington Avenue | Tel: (302) 622-4272 |
| New York, New York 10022 | Fax: (302) 656-8920 |
| Tel: (212) 446-4970 | cneff@foxrothschild.com |
| Fax: (212) 446-4900 | kdesantis@foxrothschild.com |
| lefkowitz@kirkland.com | |
| msolum@kirkland.com | *Counsel for Defendants Arthur P. Bedrosian,* |
| terence.leong@kirkland.com | *Timothy C. Crew, Martin P. Galvan, John* |
| | *Kozlowski, Jeffrey Farber, Patrick LePore,* |
| | *James M. Maher, and Albert Paonessa, III, and* |
| Dated: November 22, 2019 | *Nominal Defendant Lannett Company, Inc.* |