IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CASTRODALE and RONALD SYKES, Derivatively on Behalf of LANNETT COMPANY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR P. BEDROSIAN, *et al.*,<br><br>Defendants,<br><br>-and-<br><br>LANNETT COMPANY, INC.,<br><br>Nominal Defendant. | Case No.: 1:19-cv-01746-MN-JLH |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), and subject to approval by the Court, the parties to the above-captioned consolidated action (the "Action"), by and through their counsel of record, hereby stipulate and agree that, in light of the Final Order and Judgment entered in the derivative action captioned *In Re Lannett Company, Inc. Derivative Litigation*, Lead Case No. 19-cv-888-MN-JLH (D. Del.), D.I. No. 65, the Action, and all claims and causes of action asserted by Plaintiffs Michael Castrodale and Ronald Sykes derivatively on behalf of Defendant Lannett Company, Inc. are dismissed with prejudice, with each party to bear their own expenses, costs and fees. The parties to the Action respectfully submit that the notice provisions described in the Stipulation and Agreement of Settlement in the derivative action captioned *In re Lannett Co., Inc., Deriv. Litig.*, Lead Case No. 1:19-cv-00888 (D. Del.), D.I. No. 37-1, and the form notice attached thereto as Exhibit B, provided sufficient notice to shareholders of the voluntary dismissal with prejudice of the claims in this Action.

**FOX ROTHSCHILD LLP**

*/s/ Kasey H. DeSantis*
Kasey H. DeSantis (Bar No. 5882)
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 3000
Wilmington, Delaware 19899-2323
Tel: (302) 622-4272
Fax: (302) 656-8920
kdesantis@foxrothschild.com

-and-

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz (admitted *pro hac vice*)
Matthew Solum (admitted *pro hac vice*)
Terence Y. Leong (admitted *pro hac vice*)
Daniel R. Cellucci (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
lefkowitz@kirkland.com
msolum@kirkland.com
terence.leong@kirkland.com
dan.cellucci@kirkland.com

*Counsel for Defendants Arthur P. Bedrosian, Timothy C. Crew, Martin P. Galvan, John Kozlowski, Jeffrey Farber, Patrick LePore, James M. Maher, and Albert Paonessa, III, and Nominal Defendant Lannett Company, Inc.*

**ROSS ARONSTAM & MORITZ LLP**

*/s/ Anne M. Steadman*
David E. Ross (#5228)
Anne M. Steadman (#6221)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
asteadman@ramllp.com

-and-

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (Bar No. 5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Tel: (302) 984-3800
Fax: (302) 984-3939

-and-

**GAINEY MCKENNA & EGLESTON**
Gregory M. Egleston
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
gegleston@gme-law.com
tjmckenna@gme-law.com

*Counsel for Plaintiffs*

Anthony S. Barkow
Olivia G. Hoffman
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Howard S. Suskin
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Counsel for Defendants John C. Chapman,
David Drabik, and Paul Taveira*