IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CASTRODALE and RONALD SYKES, Derivatively on Behalf of LANNETT COMPANY, INC.,<br><br>   Plaintiffs,<br><br> vs.<br><br>ARTHUR P. BEDROSIAN, *et al.*,<br><br>   Defendants,<br><br> -and-<br><br>LANNETT COMPANY, INC.,<br><br>   Nominal Defendant. | Case No.: 1:19-cv-01746-MN-JLH |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal between the parties to the above-captioned Action, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), and the Court being fully advised in the premises, having reviewed the pleadings and submissions of counsel, finding good cause therefore,

HEREBY ORDERS the Stipulation of Dismissal is GRANTED with prejudice, with each party to bear its own expenses, costs and fees.

SO ORDERED this  29th  day of    October    , 2020.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge